UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:   Retail Partners - FTW Ave, LLC                         CASE NO

                                                                CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/4/2024                          Signature  _____
                                        Louis Edward "Eddie" Martin III
                                        *Manager*

Date  _____           Signature  _____

Bolton Glass, LLC
120 Metrotex Drive
Haslet, TX 76052


Carillo Engineering, LLC
9001 Airport Fwy, Suite 700
North Richland Hills, TX 76180


CBRE, Inc.
P.O. Box 406588
Atlanta, GA 30384-6588


City of Dallas
City Hall
2D South
Dallas, TX 75277


Dallas County Tax Assessor
500 Elm Street, Suite 3300
Dallas, TX 75202


Dallas Municipal Court
Court and Detention Services
2014 Main Street
Dallas, TX 75201

Equipment Depot
15051 FAA Blvd
Fort Worth, TX 76155


Fairway 6 Trust
c/o Rick Haskin
1320 S. University Drive, Suite 701
Fort Worth, TX 76107

Franz Architects
4055 International Parkway, Suite 100
Fort Worth, TX 76109-4874

GB Collects, LLC
1253 Haddonfield Berlin Rd.
Voorhees, NJ 08043-4847


Gray Reed
Attn: J.P.B. Vogel
1601 Elm Street, Suite 4600
Dallas, TX 75201

Internal Revenue Service
Mail Code 5020 DAL
1100 Commerce Street
Dallas, TX 75242

IPFS Corporation
P.O. Box 412086
Kansas City, MO 64141-2086


JLB Enterprises, LLC
25227 Grogans Mill Road, Suite 230
The Woodlands, TX 77380


John R. Ames, CTA
P.O. Box 139066
Dallas, TX 75313-9066


LCP Real Estate Partners, LLC
FTW Ave A Series
P.O. Box 471819
Fort Worth, TX 76147

LCP Real Estate Partners, LLC
FTW Ave B Series
P.O. Box 471819
Fort Worth, TX 76147

Linebarger Goggan Blair & Sampson, LLP
900 Arion Parkway, Suite 104
San Antonio, TX 78216

Lonestar Electric Supply
1242 Regal Row
Dallas, TX 75247


Lynndom Enterprises, LLC
d/b/a TriVAN Roofing
1084 Texan Trail
Grapevine, TX 76051

Prosperity Bank
11451 Broadway
Pearland, TX 77584


Retail Partners - FTW Ave, LLC
P.O. Box 471819
Fort Worth, Texas 76147


Searcy Re Investments, LLC
c/o J. Kirk Searcy
1320 S. University Drive, Suite 701
Fort Worth, TX 76107

Service Steel Warehouse Co., L.P.
P.O. Box 9607
Houston, TX 77213


The Retail Connection
Attn: Tony Filley
2525 McKinnon Ave, Suite 700
Dallas, TX 75201

Underwood
600 Bailey Ave, Suite 200
Fort Worth, TX 76107

United Site Services
P.O. Box 1870
Ashland, VA 23005-4870